580

THRIFTY SHOPPERS SCRIP CO. *v.*
UNITED STATES ET AL.

No. 820.  Decided January 15, 1968.*

*David B. Gold* for appellant in No. 820.  *Howard M. Downs* for appellants in No. 849.

*Solicitor General Griswold, Assistant Attorney General Turner* and *Daniel M. Friedman* for the United States in both cases.  *William W. Alsup, Allyn O. Kreps, Arnold M. Lerman, William E. Mussman* and *Gordon Johnson* for appellees Blue Chip Stamp Co. et al. in both cases.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

---

*Together with No. 849, *Twyman, dba Bill's Union Station, et al.* v. *United States et al.*, also on appeal from the same court.